**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-7251**

---

PAUL ED NEWTON, a/k/a Paul E. Newton,

                                        Petitioner - Appellant,

        versus

G. K. WASHINGTON, Warden; BUCKINGHAM
CORRECTIONAL CENTER,

                                        Respondents - Appellees.

---

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  James C. Turk, District Judge.
(CA-01-477-7)

---

Submitted:  November 5, 2002          Decided:  December 4, 2002

---

Before NIEMEYER, TRAXLER, and KING, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Paul Ed Newton, Appellant Pro Se.  John H. McLees, Jr., OFFICE OF
THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for
Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Paul Ed Newton seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find Newton has not made a substantial showing of the denial of a constitutional right. See 28 U.S.C. § 2253(c). Accordingly, we deny a certificate of appealability and dismiss the appeal for the reasons stated by the district court. See Newton v. Washington, No. CA-01-477-7 (W.D. Va. Aug. 5, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED